| Date | Pleading Number | |
|---|---|---|
| 4/18/72 | 1. | PLAINTIFFS' consolidated motion for consolidation under Section 1407 Brief in Support of Motion & Certificate of Service. (A-1 thru A-12) |
| 4/26/72 | 2. | PLAINTIFFS' supplemental Brief in Support of Motion. |
| 5/2/72 | | HEARING ORDER - Setting A-1 through A-12 hearing, June 2, 1972 Denver, Colorado; Notified counsel, involved judges |
| 5/3/73 | | ORDER- extending to all parties the time for filing an serving response to motion to and including May 9, 1972 |
| 5/3/72 | 3 | GENERAL MOTORS CORPORATION - response and brief to motion w/cert. of service. |
| 5/4/72 | | REQUEST FOR EXTENSION OF TIME from defendant Textron. |
| 5/5/72 | 5 | TEXTRON, INC. (Bell Heli. Co. Div.) (Minn) Response to motion w/cert of service |
| 5/5/72 | 4 | TEXTRON, INC. and BELL (Arizona) Response to motion w/cert of service |
| 5/8/72 | 6 | BELL - Answer to Motion, Brief in Opposition to transfer w/cert of service. |
| 5/8/72 | 7 | TEXTRON, INC. (New Jersey) Response to Motion w/cert. of service |
| 5/9/72 | 8 | FAIRCHILD HILLER CORP. response to motion w/brief and cert. of service |
| 5/9/72 | 9 | TEXTRON, INC. (Penna) response to motion w/brief and cert. of service |
| 5/9/72 | | BLACK V. FAIRCHILD IND., INC. N.J. 63-72 THURMANN ET AL. V. FAIRCHILD IND., MD. 72-433M ARIZONA HELICOPTERS V. G.M., ARIZONA Civ. 70-323-PHx-WEC HALL v. FAIRCHILD HILLER S.D.TEX 70 V-2 PETROLEUM HELICOPTERS V. SOUTHWEST AIRMOTIVE, W.D.LA., 16224 AVANT JR., ET AL. V. FAIRCHILD HILLER CORP., s.d.tex 70-V-1 MARVEL RANGER, ET AL. V. G.M., ARIZONA 72-42 ORDER TO SHOW CAUSE AND NOTICE OF HEARING Set for Hearing June 2, 1972, Denver Colorado. Notified all counsel. |
| 5/10/72 | 10 | TEXTRON (Bell) W.D. Washington response and brief to motion w/cert of service (only 3 copies) |
| 5/10/72 | | SOUTHWEST AIRMOTIVE request for extension of time to and including May 15, 1972 to file and serve response to motion |
| 5/10/72 | | ORDER - extending Southwest Airmotive time to file and serve response to motion. Notified counsel |
| 5/11/72 | 11 | AIRWORK CORP. response to motion w/cert of service. |
| 5/15/72 | | ORDER - SABINE OFFSHORE SERVICES, INC. V. GM., E.D.Tex., No. 7647 amending SCO to include (& HO) - time to respond to & incl. 526/72. |
| 5/16/72 | 12 | SOUTHWEST AIRMOTIVE (Minn) response to motion (w/cert of service) |
| 5/19/72 | 13 | AVIATION POWER SUPPLY (Arizona) response to SCO w/cert of service |
| 5/19/72 | 14 | SOUTHWEST AIRMOTIVE CO. response (w/cert of service) orig and 2 |
| 5/22/72 | 15 | TEXTRON, INC. (Minn.) response to plaintiffs motion, brief and cert. of service |
| 5/22/72 | 16 | GENERAL MOTORS, ALLISON, DIV. (Delaware Corp.) notice of opposition, statement of facts, w/cert of service |
| 5/22/72 | 17 | THURMANN, plaintiffs Maryland, response to SCO, cert of service, and brief. |
| 5/22/72 | 18 | AVIATION POWER SUPPLY, INC. response to motion, brief, and cert. of service |
| 5/22/72 | 19 | S.D. TEXAS CIVIL ACTION NO. 70-V-1 and 70-V-2 -- joint answer of all parties in opposition to transfer |
| 5/22/72 | 20 | FAIRCHILD HILLER CORP. response to amended OSC w/cert of service |
| 5/22/72 | 21 | HGT Corp. -- response to OSC, statement of facts, cert. of service |

| Date | Pleading Number | |
|---|---|---|
| 5/22/72 | 22 | SOUTHWEST AIRMOTIVE CO., INSURANCE CO. OF N.A. notice of opposition to motion, memorandum in support of, and cert. of service. |
| 5/22/72 | 23 | ARIZONA HELICOPTERS, INC. opposition to motion, cert of service, and brief |
| 5/22/72 | | Request from counsel in Thuman action for an extension of time to May 25, 1972 to file and serve response (Allegheny Airlines) |
| 5/22/72 | | Order entered extending to counsel for Allegheny Airlines in the Thuman action to and including May 25, 1972 to file and serve response to SCO |
| 5/24/72 | 24 | ALLEGHENY AIRLINES, Answer & brief w/cert. of ser. |
| 5/26/72 | 25 | ARIZONA HELICOPTERS, GENERAL MOTORS CORP., AVIATION POWER SUPPLY Stipulation and request of parties in the Arizona action to deny transfer. |
| 5/26/72 | 26 | MARVEL RANGER plaintiff - Response in opposition to SCO and Brief in support of response |
| 5/30/72 | 27 | SABIN OFFSHORE SVC., INC. V. G.M. - Joint answer of all parties in opposition to transfer w/cert. of service |
| 5/31/72 | 28 | RICHARD W. BLACK Plaintiff response to motion to transfer w/brief and certificate of service. |
| 9/25/72 | | OPINION AND ORDER CONSOLIDATION OF THE FOLLOWING IN THE SOUTHERN DISTRICT OF INDIANA AND ASSIGNING TO JUDGE MORELL E. SHARP. |
| 9/25/72 | | CONSENT OF CHIEF JUDGE FOR JUDGE SHARP TO HANDLE LITIGATION IN S.D. INDIANA |

OPINION AND ORDER SETS OUT AS TRANSFERRED THE FOLLOWING
Lametti & Sons, Inc. v. Textron, Inc., et al., Minn. 4-70Civ 457
Marine Iron & Ship Building Co. v. Textron, Inc., Minn. 4-71 Civ. 390
Okanagan v. Fairchild Hiller Corp., Org. 71-208
Okanagan v. TExtron, Oregon, 71-209
Asplundh Aviation v. Fairchild Hiller Corp., E.D. Pa. 71-249
Asplundh Aviation, Inc. v. Textron, E.D. Pa. 71-250
Copter, Inc. v. Textron, 71-483
Lehman v. TExtron, D. N.J. 1117-71
Halvorson, Inc. v. Textron, Ariz. 71-58-Phx-CAM
Halvorson, Inc. v. TExtrton, Ariz. 71-449-Phx-CAM
Ariz. Helicopters, Inc. v. G.M. 70-323-Phx-WEC
Marvel Ranger, et al v. General Motors, Ariz. 72-42-Pct=WEC
  (Marvel Ranger first claim to be remanded to Ariz.
Inter-Mountain Helicopter Inc. v. Fairchild, Idaho 1 70 103
Sabine Offshore Services, Inc. v. G.M., E.D. Tex, 7647
  ACTIONS DENIED TRANSFER WITHOUT PREJUDICE TO LATER ACTION FOR TRANS.
Black v. Fairchild Ind., D.N.J. 63-72
Thumann v. Fairchild Ind., Inc., D. Md. 72-433M
Hall v. Fairchild Hiller Corp., S.D. Tex 70-V-2
Avant v. Fairchild Hiller, S.D. TEx 70-V-1
Pet. Helicopters, Inc. v. Southwest Airmotive, W.D. La 16224
Complete distribution made.

DOCKET NO. 104 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### Description of Litigation

IN RE AVIATION PRODUCTS LIABILITY LITIGATION

*Docket Closed*

### Summary of Panel Action

Date(s) of Hearing(s) 6-2-72

Date(s) of Opinion(s) or Order(s) 9/25/72  347 F. Supp. 1401

Consolidation Ordered  X          Name of Transferee Judge  Morell E. Sharp (W.D. Wash.)
Consolidation Denied  ___         Transferee District  Southern District of Indiana

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Lametti & Sons, Inc. v. Textron, Inc., et al. *dismissed 12/15/72* | Minn. | 4-70 Civ 457 | 9/25/72 | IP-72-C-482 | 12/15/72 | Pltfs' Motion 4/18/72 |
| A-2 | Marine Iron & Ship Building Co., et al. v. Textron, Inc., et al. *dismissed 12/15/72* | Minn. | 4-71 Civ 390 | 9/25/72 | IP-72-C-481 | " | " " |
| A-3 | Okanagan Helicopters, Ltd., v. Fairchild Hiller Corp., et al. *dismissed 12/15/72* | Oregon | 71-208 | 9/25/72 | IP-72-C-479 | " | " " |
| A-4 | Okanagan Helicopters, Ltd., v. Textron, Inc., et al. *dismissed 12/15/72* | Oregon | 71-209 | 9/25/72 | IP-72-C-480 | " | " " |
| A-5 | Asplundh Aviation, Inc. v. Fairchild Hiller Corp.; et al *dismissed 12/15/72* | E.D. Pa. Higginbotham | 71-249 | 9/25/72 | IP-72-C-502 | " | " " |
| A-6 | Asplundh Aviation, Inc. v. Textron, Inc., et al. *dismissed 12/15/72* | E.D.Pa. | 71-250 | 9/25/72 | IP-72-C-503 | " | " " |
| A-7 | Copter, Inc. v. General Motors Corp., et al. *dismissed 12/15/72* | E.D.Pa. Becker | 71-483 | 9/25/72 | IP-72-C-504 | " | " " |
| A-8 | Myron S. Lehman, etc. v. Textron, Inc., et al. *dismissed 12/15/72* | N.J. | 1117-71 | 9/25/72 | IP-72-C-478 | " | "/" " |

DOCKET NO. 104 (CONTINUED)      PAGE 2

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-9 | Elling Halvorson, Inc., et al. v. Textron, Inc., et al. *dismissed 12/15/72* | Arizona MUECKE | 71-58-Phx-CAM | 9/25/72 | IP-72-C-492 | 12/15/72 10/3 | Pltfs' Motion 4/18/72 |
| A-10 | Elling Halvorson, Inc., et al. v. Textron, Inc., et al. *dismissed 12/5/72* | Arizona MUECKE | 71-449-Phx-CAM | 9/25/72 | IP-72-C-491 | " 10/3 | " " |
| A-11 | Inter-Mountain Helicopter, Inc. v. Fairchild Hiller Corp., et al. *dismissed 12/5/72* | Idaho TAYLOR | 1 70 103 | 9/25/72 | IP-72-C-477 | " | " " |
| A-12 | F. Kemper Freeman, et al. v. Textron, Inc., et al. | W.D.Wash SHARP | 9215 | dismissed prior to consolidation | | | " " |
| B-1 | Richard W. Black, v. Fairchild Industries, Inc., et al. | N.J. FISHER | 63-72 | Denied 9/25/72 w/o prejudice | -------- | | |
| B-2 | John W. Thumann, et al. v. Fairchild Industries, Inc., et al. | Md. MILLER | 72-433M | Denied w/o prejudice 9/25/72 | -------- | | |
| B-3 | Arizona Helicopters, Inc. v. General Motors Corp., et al. *dismissed 1/8/73* | Arizona Craig | Civ-70-323-Phx. | 9/25/72 | IP-72-C-490 | 1/3 | |
| B-4 | Barbara G. Hall, et al. v. Fairchild Hillder Corp., et al. | S.D.Tex. Connally | 70-V-2 | Denied w/o prejudice 9/25/72 | -------- | | OSC |
| B-5 | Mrs. Doyle R. Avant, Jr., et al. v. Fairchild Hiller Corp., et al. | S.D.Tex. Connally | 70-V-1 | Denied w/o prejudice 9/25/72 | -------- | | OSC |
| B-6 | Petroleum Helicopters, Inc. v. The Southwest Airmotive Co., et al. | W.D. La. PUTNAM | 16224 | Denied w/o prejudice 9/25/72 | -------- | | OSC |
| B-7 | Marvel Ranger, et al. v. General Motors Corp., et al. | Arizona CRAIG | 72-42-Pct-WEC | 9/25/72 | dismissed prior to consolidation 7/3 | | |

DOCKET NO. __104__ (CONTINUED)                                              PAGE 3

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-1 | Sabine Offshore Services, Inc. v. General Motors Corp. *dismissed 12/15/72* | E.D.Texas (Beaumont) Fisher | 7647 | 9/25/72 | IP-72-C-476 | 12/15/72 | Amend SCO&HO 5/15/72 |
| XYZ | John Daily, et al. v. General Motors Corp. | S.D.Ind. | 72 C 275 | | | 10/11/73 | |
| XYZ | Charles Todd, Inc., et al. v. General Motors Corp. | S.D.Ind. | IP-72-C-484 | | | 10/11/73 | §1404(a) trsf. fr. S.D.N.Y. |
| XYZ | Bristow Helicopters, Ltd. v. General Motors Corp. | S.D.Ind. | IP-72-C-527 | | | 10/11/73 | §1404(a) trsf. fr. S.D.N.Y. |

p. _____

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 104 -- IN RE AVIATION PRODUCTS LIABILITY LITIGATION

| Plaintiff | Defendant |
|---|---|
| Lametti & Sons, Inc. (A-1)<br>Marine Iron & Ship Building Co. (A-2)<br>Okanagan Helicopters, Ltd. (A-3 & 4)<br>Asplundh Aviation, Inc. (A-5 & 6)<br>Copter, Inc. (A-7)<br>Myron S. Lehman, etc. (A-8)<br>Elling Halvorson, Inc., et al. (A-9 & 10)<br>Inter-Mountain Helicopter, Inc. (A-11)<br>F. Kemper Freeman, et al. (A-12)<br>    Edgar A. Neely, III, Esquire<br>    Joseph R. Manning, Esquire<br>    Stack, O'Brien & Neely<br>    2210 Gas Light Tower<br>    Atlanta, Georgia 30303<br><br>Richard W. Black (B-1)<br>    Robert P. Casey, Esquire<br>    Backes and Backes<br>    28 West State Street<br>    Trenton, New Jersey 08608<br><br>John W. Thumann, et al. (B-2)<br>    James J. Doyle, Sr., Esquire<br>    John B. Jaske, Esquire<br>    Sherbow, Shea & Doyle<br>    10 Light Street, 27th Floor<br>    Baltimore, Maryland 21201<br><br>Arizona Helicopters, Inc. (B-3)<br>    James A. Teilborg, Esquire<br>    O'Connor, Cavanagh, Anderson, Westover,<br>        Killingsowrth & Beshears<br>    3003 North Central, Suite 1800<br>    Phoenix, Arizona 85012<br><br>Barbara G. Hall, et al. (B-4)<br>Mrs. Doyle R. Avant, Jr., et al. (B-5)<br>    Tom Davis, Esquire<br>    Byrd, Davis, Eisenberg & Clark<br>    214 Austin National Bank Building<br>    Austin, Texas 78701<br><br>Petroleum Helicopters, Inc. (B-6)<br>    Carl J. Schumacher, Jr., Esquire<br>    Lemle, Kelleher, Kohlmeyer, Matthews<br>        & Schumacher<br>    1800 National Bank of Commerce Bldg.<br>    New Orleans, Louisiana 70112 | Airwork<br>    John B. Martin, Esquire<br>    Duane, Morris & Heckscher<br>    1600 Land Title Building<br>    Philadelphia, Pennsylvania 19110<br><br>Fairchild Hiller<br>    J. Grant McCabe III, Esquire<br>    Rawle and Henderson<br>    1900 Packard Building<br>    Philadelphia, Pennsylvania 19102<br><br>Southwest Airmotive<br>    Richard T. Mahoney, Esquire<br>    Mahoney, Dougherty, Angell & Mahoney<br>    912 First National Bank Building<br>    Minneapolis, Minnesota 55402<br><br>Textron<br>    Richard Allen, Esquire<br>    Lane, Powell, Moss & Miller<br>    1700 Washington Building<br>    Seattle, Washington 98101<br><br>General Motors Corporation<br>    Thomas M. Scanlon, Esquire<br>    Barnes, Hickam, Pantzer & Boyd<br>    1313 Merchants Bank Building<br>    Indianapolis, Indiana 46204<br><br>H.G.T. Corporation<br>    Raymond M. Tierney, Jr., Esquire<br>    Shanley and Fisher<br>    570 Broad Street<br>    Newark, New Jersey 07102<br><br>Allegheny Airlines, Inc.<br>    Carlyle Barton, Jr., Esquire<br>    Donald A. Krach, Esquire<br>    Barrett W. Freedlander, Esquire<br>    929 N. Howard Street<br>    Baltimore, Maryland 21201 |

p. _____

| Plaintiff | Defendant |
|---|---|
| Marvel Ranger, et al. (B-7)<br>  Charles M. Brewer, Ltd.<br>  2d Floor, Luhrs Building<br>  Phoenix, Arizona   85003 | The Insurance Company of North America<br>  Dermot S. McGlinchey, Esquire<br>  Deutsch, Kerrigan & Stiles<br>  1800 Hibernia Bank Building<br>  New Orleans, Louisiana   70112 |
| Sabine Offshore Services, Inc. (C-1)<br>  Marcus A. Pitre, Esquire<br>  Law Offices of H.P. Wright<br>  Post Office Box 186<br>  Port Neches, Texas   77651 | Aviation Power Supply, Inc.<br>  Peter N. Sheridan, Esquire<br>  Mendes and Mount<br>  27 William Street<br>  New York, New York   10005 |

| Plaintiff | Defendant |
|---|---|

DOCKET NO. 104

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

IN RE AVIATION PRODUCTS LIABILITY LITIGATION

*use Plane Attorney Service List*

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | Edgar A. Neely, III, Esquire<br>Joseph R. Manning, Esquire<br>Stack, O'Brien & Neely<br>2210 Gas Light Tower<br>Atlanta, Georgia 30303<br>(404-522-9090) | TEXTRON<br>  Peter Walstad, Esquire<br>  Mordaunt, Walstad, Cousineau & McGuire<br>  904 First National Bank Building<br>  Minneapolis, Minnesota 55402<br><br>GENERAL MOTORS<br>  Franklin D. Gray<br>  Haverstock, Gray, Plant, Mooty & Anderson<br>  300 Roanoke Building<br>  Minneapolis, Minnesota 55402 |
| A-2 | Same as A-1 | TEXTRON<br>  W.D. Flaskamp, Esquire<br>  Meagher, Geer, Markham & Anderson<br>  400 Second Avenue South, 7th Floor<br>  Minneapolis, Minnesota 55401<br><br>GENERAL MOTORS<br>  Franklin D. Gray (as above)<br><br>SOUTHWEST AIRMOTIVE<br>  Richard T. Mahoney, Esquire<br>  Mahoney, Dougherty, Angell & Mahoney<br>  912 First National Bank Buildng<br>  Minneapolis, Minnesota 55402 |
| A-3<br>A-4 | Same as A-1 | TEXTRON<br>FAIRCHILD HILLER<br>  Roland F. Banks, Jr., Esquire<br>  Souther, Spaulding, Kinsey, Williamson & Schwabe<br>  Standard Plaza<br>  Portland, Oregon 97204<br><br>GENERAL MOTORS<br>  Hugh L. Biggs, Esquire<br>  Davies, Biggs, Strayes, Stoel & Boley<br>  900 S.W. Fifth - 23rd Floor<br>  Portland, Oregon 97204 |

| No. | Plaintiff | Defendant |
|---|---|---|
| A-5<br>A-6 | Same as A-1 | AIRWORK ~~CORP.~~<br>  John B. Martin, Esquire<br>  Duane, Morris & Heckscher<br>  1600 Land Title Buildng<br>  Philadelphia, Pennsylvania  19110<br><br>~~GENERAL MOTORS<br>  W. Bradley Ward, Esquire<br>  Schnader, Harrison, Segal & Lewis<br>  1719 Packard Building<br>  Philadelphia, Pennsylvania  19102~~<br><br>FAIRCHILD HILLER<br>  J. Grant McCabe III, Esquire<br>  Rawle & Henderson<br>  1900 Packard Building<br>  Philadelphia, Pennsylvania  19102 |
| A-7 | Same as A-1 | TEXTRON<br>AIRWORK CORP.<br>  John B. Martin (Same as above)<br><br>GENERAL MOTORS<br>  W. Bradley Ward (Same as above) |
| A-8 | Same as A-1 | TEXTRON<br>  Raymond M. Tierney, Esquire<br>  Shanley & Fisher<br>  580 Broad Street<br>  Newark, New Jersey  07102<br><br>~~GENERAL MOTORS<br>  John F. Lynch, Esquire<br>  Carpenter, Bennett & Morrissey<br>  744 Broad Street<br>  Newark, New Jersey  07102~~<br><br>~~AIRWORK CORPORATION<br>  Walter F. Waldau, Esquire<br>  Stryker, Tams & Dill<br>  744 Broad Street<br>  Newark, New Jersey  07102~~ |
| A-9<br>A-10 | Same as A-1 | TEXTRON<br>~~AIRWORK CORP.~~<br>  Roger W. Perry, Esquire<br>  Snell & Wilmer<br>  400 Security Building<br>  Phoenix, Arizona  85004<br><br>~~GENERAL MOTORS<br>  Calvin H. Udall, Esquire<br>  Fennemore, Craig, von Ammon & Udall<br>  900 First National Bank Building<br>  Phoenix, Arizona  85004~~ |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

IN RE AVIATION PRODUCTS LIABILITY LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-11 | Same as A-1 | ~~FAIRCHILD MILLER~~<br>~~David R. Samuelsen, Esquire~~<br>~~Clemons, Skiler & Green~~<br>~~110 Bank of Idaho Building~~<br>~~Boise, Idaho 83702~~<br><br>~~GENERAL MOTORS~~<br>~~R. B. Rock, Esquire~~<br>~~Moffatt, Thomas, Barrett & Blanton~~<br>~~300 First Security Bank Building~~<br>~~Boise, Idaho 83701~~<br><br>~~AVIATION POWER SUPPLY~~<br>~~Robert J. Koontz, Esquire~~<br>~~Elam, Burke, Jeppesen, Evans & Boyd~~<br>~~Suite 1010, Bank of Idaho Building~~<br>~~Boise, Idaho 83702~~ |
| A-12 | Same as A-1 | ~~GENERAL MOTORS~~<br>~~Keith Garrard, Esquire~~<br>~~Perkins, Coie, Stone, Olsen & Williams~~<br>~~1900 Washington Building~~<br>~~Seattle, Washington 98101~~<br><br>TEXTRON<br>~~AVIATION POWER SUPPLY~~<br>Richard Allen, Esquire<br>Lane, Powell, Moss & Miller<br>1700 Washington Building<br>Seattle, Washington 98101<br><br>GENERAL MOTORS COPORATION<br>Thomas M. Scanlon, Esquire<br>Barnes, Hickam, Pantzer & Boyd<br>1313 Merchants Bank Building<br>Indianapolis, Indiana 46204 |

| No. | Plaintiff | Defendant |
|---|---|---|
| B-1 | Robert P. Casey, Esquire *app*<br>Backes and Backes<br>28 West State Street<br>Trenton, New Jersey  08608 | ~~FAIRCHILD INDUSTRIES~~<br>   Schwartz & Andolino<br>   60 Park Place<br>   Newark, New Jersey  07102<br><br>~~GENERAL MOTORS CORP. (ALLISON)~~<br>   Carpenter, Bennett & Morrisey<br>   744 Broad Street<br>   Newark, New Jersey<br><br>H.G.T. CORP.  *Raymond M. Tierney, Jr., Esq.*  *app.*<br>   Shanley & Fisher<br>   570 Broad Street<br>   Newark, New Jersey |
| B-2 | James J. Doyle, Jr., Esquire *app*<br>John B. Jaske, Esquire<br>10 Light Street, 27th Floor<br>Baltimore, Maryland  21202 | ~~FAIRCHILD INDUSTRIES, INC.~~<br>c/o The Corporation Trust<br>First National Bank Bldg.<br>Baltimore, Maryland<br><br>TRIANGLE AIRWAYS, INC.<br>~~c/o The Corporation Trust~~  *6803 Marlboro*<br>~~First National Bank Bldg.~~  *Pike*<br>~~Baltimore, Maryland~~  *Suitland, Md.*<br><br>Mr. Richard Warren Black<br>2400 Glebe Road<br>Arlington, Virginia<br><br>~~AIRWORK, INC.~~<br>c/o The Corporation Trust<br>15 Exchange Place<br>Jersey City, New Jersey<br><br>~~ALLISON DIVISION~~<br>~~GENERAL MOTORS CORP.~~<br>c/o The Corporation Trust<br>First National Bank Bldg.<br>Baltimore, Maryland<br><br>ALLEGHENY AIRLINES, INC.<br>~~c/o The Corporation Trust~~  *Carlyle Barton*<br>~~First National Bank Bldg.~~  *929 N. Howard St.*<br>~~Baltimore, Maryland~~  *Baltimore 21201* |

DOCKET NO. 104

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

IN RE AVIATION PRODUCTS LIABILITY LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| B-3 | James A. Teilborg, Esquire<br>O'Connor, Cavanagh, Anderson, Westover,<br>   Killingsworth & Beshears<br>3003 North Central, Suite 1800<br>Phoenix, Arizona  85012 | AVIATION POWER SUPPLY, INC.<br>   Lewis & Roca<br>   114 West Adams<br>   Phoenix, Arizona  85003<br><br>GENERAL MOTORS CORP.<br>   Fennemore, Craig, von Ammon & Udall<br>   900 First National Bank Bldg.<br>   Phoenix, Arizona  85004<br><br>BELL HELICOPTER, INC.<br>   R. W. Perry, Esquire<br>   Snell & Wilmer<br>   400 Security Bldg.<br>   Phoenix, Arizona  85004<br><br>SOUTHWEST AIRMOTIVE CO.<br>   Leslie Shults, Esquire<br>   1622 Kirby Bldg.<br>   Dallas, Texas  75201 |
| B-4 | Conde Anderson, Esquire<br>Anderson, Smith & Null<br>Post Office Box 1817<br>Victoria, Texas  77901<br><br>Venable B. Proctor, Esquire<br>400 Victoria Bank & Trust Bldg.<br>Victoria, Texas<br><br>Underwood & Holcombe<br>809 First City Nat'l Bank Bldg.<br>San Antonio, Texas | ALLISON DIVISION -- GENERAL MOTORS CORP.<br>   Kraft W. Eidman, Esquire<br>   Fulbright, Crooker, Freeman, Bates<br>     & Jaworski<br>   Bank of the Southwest Bldg.<br>   Houston, Texas  77002<br><br>FAIRCHILD HILLER CORP.<br>   W. B. Patterson, Esquire<br>   Jackson, Walker, Winstead, Cantwell<br>     & Miller<br>   43rd Floor, First National Bank Bldg.<br>   Dallas, Texas |
| B-5 | Tom Davis, Esquire<br>Byrd, Davis, Eisenberg & Clark<br>214 Austin National Bank Bldg.<br>Austin, Texas  78701<br><br>Lev Hunt, Esquire<br>Kleberg, Nobley, Lockett & Weil<br>Post Office Box 2446<br>Corpus Christi, Texas  78409 | Same as B-4 above |

| No. | Plaintiff | Defendant |
|---|---|---|
| B-6 | ~~Robert E. Badger,~~ Carl J. Schumacher Esquire<br>Lemle, Kelleher, Kohlmeyer, Matthews<br>  & Schumacher<br>1800 National Bank of Commerce Bldg.<br>New Orleans, Louisiana  70112 | ~~SOUTHWEST AIRMOTIVE CO.~~<br>THE INSURANCE COMPANY OF NORTH AMERICA<br>  Dermot S. McGlinchey, Esquire<br>  Deutsch, Kerrigan & Stiles<br>  1800 Hibernia Bank Bldg.<br>  New Orleans, La.  70112<br><br>~~GENERAL MOTORS<br>  John V. Baus, Esquire<br>  Jones, Walker, Waechter, Poitevent,<br>    Carrère & Denegre<br>  28th Floor, 225 Baronne St.<br>  New Orleans, La.  70112~~ |
| B-7 | Edgar A. Neely, III, Esquire (as above)<br><br>Charles M. Brewuer, Ltd.<br>2d Floor, Luhrs Building<br>Phoenix, Arizona  85003 | TEXTRON<br>  Roger W. Perry (as above)<br><br>GENERAL MOTORS<br>  Same as B-3 above<br><br>AVIATION POWER SUPPLY<br>  Same as B-3 above |
| C-1 | Marcus A. Pitre, Esquire<br>Law Offices of H/ P. Wright<br>Post Office Box 186<br>Port Neches, Texas  77651 | GENERAL MOTORS CORPORATION<br>  James B. Sales, Esquire<br>  William H. Young, Esquire<br>  Fulbright, Crooker & Jaworski<br>  Bank of the Southwest Bldg.<br>  Houston, Texas  77002<br><br>AVIATION POWER SUPPLY<br>PETER N. SHERIDAN<br>MENDES + MOUNT<br>27 WILLIAM STREET<br>N.Y., N.Y.  10005 |

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 104 -- IN RE AVIATION PRODUCTS LIABILITY LITIGATION

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Textron, Inc. (Bell Helicopter Company Division) | A-1; A-2; A-4; A-6; A-7; A-8; A-9; A-10; A-12; B-3; B-7 |
| General Motors Corp. (Detroit Diesel Allison Division) | A-1; A-2; A-3; A-4; A-5; A-6; A-7; A-8; A-9; A-10; A-11; A-12; B-1; B-2; B-3; B-4; B-5; (B-6-3d pty def.); B-7 |
| Southwest Airmotive Co. | A-2; B-3; B-6 |
| Fairchild Hiller Corp. | A-3; A-5; A-11; B-1; B-2; B-4; B-5 |
| Airwork ~~Corp~~. | A-5; A-6; A-7; A-8; B-2 |
| Aivation Power Supply, A California Corp. | A-9; A-10; A-11; A-12; B-3; B-7 |
| H.G.T. Corp | B-1 |
| Juarez Airways Inc. | B-2 |
| Richard Warren Black | B-2 |
| Allegheny Airlines Inc. | B-2 |

p. _____

| The Insurance Company of North America | B-6 |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |